### JOSEPH J. GARIBALDI, RESPONDENT, v. MAX TAUB, APPELLANT.

Submitted October 29, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 218.

For the respondent, *Morris Umansky.*

For the appellant, *Tiffany, Brugler & Wittreich.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Kalisch, Black, Katzenbach, Campbell, White, Gardner, Van Buskirk, McGlennon, Kays, Hetfield, JJ. 13.

*For reversal*—None.